**FILED**
JUL 6 1993
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF C...

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>*Adrian Carrillo*<br><br>Defendant, | CR 93-572<br>93-578 ✓  93-579<br>CASE NUMBER<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

Upon motion of ___*Dft*___, IT IS ORDERED that a detention hearing is set for ___*July 8*___, 19*93*, at *9:30* *A*M, before the Honorable _____, in Courtroom _____.

JOSEPH REICHMANN
UNITED STATES MAGISTRATE JUDGE

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) and produced for the hearing.
(Other custodial officer)

DATED: *7/6/93*

_____
U. S. District Judge/Magistrate

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CR-66 (1/86)